393 A.2d 1295

Nair et ux., Appellants, v. Pyle et al.

 Argued April 11, 1978. Zeno Fritz, for appellants; Edward C. Schmidt, with him Gary F. Sharlock, for appellees.

Case is remanded to the court below for filing an opinion.

393 A.2d 1295

Neuburger v. Neuburger, Appellant.

 Argued April 18, 1978. Robert A. Lebovitz, for appellant; Chris F. Gilotti, for appellee.

Decree affirmed.

HESTER, J., dissented.